IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANDRE LEMAURIO JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:24-cv-00089 |
| | ) | |
| DAVID FRANKENBERG, | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| Defendant. | ) | |
| | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 11), recommending that Defendant's pending motion to dismiss (Doc. No. 6) be granted and that Plaintiff's claims against Defendant be dismissed. The Report and Recommendation advised the parties that any objections must be filed within 14 days of service. (Doc. No. 11). The Clerk mailed Plaintiff a copy of the Report and Recommendation on Thursday, July 18, 2024. The following week, Plaintiff filed a notice of change of address. (Doc. No. 12). On Monday, July 29, 2024, the Court directed the Clerk to mail a copy of the Report and Recommendation to Plaintiff's updated address. (Doc. No. 13). Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendant's motion to dismiss (Doc. No. 6) is **GRANTED** and Plaintiff's claims against Defendant are **DISMISSED**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE